UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAITH WOOD,

    Plaintiff,

                                            Case No. 08-13613

v.                                        Hon. Lawrence P. Zatkoff

FORD MOTOR COMPANY, and
AUTOALLIANCE INTERNATIONAL, INC.,

    Defendants.
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's opinion and order dated December 2, 2009, Plaintiff's action is DISMISSED WITH PREJUDICE.

Dated at Port Huron, Michigan, this 10th day of December, 2009.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                    BY:   S/Marie E. Verlinde
                                Marie E. Verlinde
                                Case Manager

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE